IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR M. ORNDORFF, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>*v.*<br><br>**FORD MOTOR COMPANY,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 20-00247-KSM** |

## ORDER

**AND NOW**, this 31st day of March, 2020, upon review of the Plaintiff's Complaint (Doc. No. 1) and the Joint Motion to Transfer Venue (Doc. No. 12), it is **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. 1404(a).

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.